**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Rita M Lowry Jr.                       CHAPTER 13

Debtor(s)

BKY. NO. 23-12110 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee for the benefit of the Certificateholders of ABN AMRO Mortgage Corporation Series 2003-12 and index same on the master mailing list.

                                                 Respectfully submitted,

                                            /s/ **Mark A. Cronin**
                                            Mark Cronin
                                            25 Jul 2023, 18:13:35, EDT

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322