**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Rita M. Lowry, Jr. | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO. 23-12110AMC |
| Debtor (s) | | |

**P R A E C I P E**

Please note the 341 Meeting of Creditors was not held and concluded on September 13, 2023.

The 341 Meeting of Creditors is continued on September 27, 2023 at 12:15pm.

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: September 19, 2023 | /s/ Kenneth E. West, Esquire |
| | Kenneth E. West, Esquire |
| | Chapter 13 Standing Trustee |
| | P.O. Box 40837 |
| | Philadelphia, PA  19107 |