# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 23-12110-AMC

RITA  M. LOWRY, JR.

530 DEER POINTE ROAD

WEST CHESTER, PA 19382

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RITA  M. LOWRY, JR.

530 DEER POINTE ROAD

WEST CHESTER, PA 19382

Counsel for debtor(s), by electronic notice only.

GARY E THOMPSON, ESQ.
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

Date: 10/4/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee