UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| RITA M LOWRY JR | Bankruptcy No.23-12110-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 14th day of March, 2024, by first class mail upon those listed below:

RITA M LOWRY JR
530 DEER POINTE ROAD
WEST CHESTER, PA  19382

**Electronically via CM/ECF System Only:**

GARY E THOMPSON, ESQ.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trustee