UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: RITA M. LOWRY : Chapter 13

Debtor(s) :

: Bankruptcy No.: 23-12110 AMC

## CONSENT ORDER

AND NOW, this 20th day of March, 2024, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with a bar to re-filing, it is

ORDERED, that in light of multiple prior bankruptcy filings of debtor and her spouse Donald Lowry, Jr., if this case is dismissed for any reason, debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, within a period of 2 years of dismissal, and it is further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party who is moving for dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor from further filings in accordance with its terms.

3-20-24
Date

3/20/24
Date

3/20/24
Date

3/20/24
Date

Jack K. Miller, Esquire, for
Kenneth E. West, Esquire
Chapter 13 Standing Trustee

Attorney for Debtor

(Debtor) Rita M. Lowry

(Debtor's Spouse) Donald Lowry, Jr.

HON. ASHELY M. CHAN
BANKRUPTCY JUDGE