UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**IN RE:**                                                                 **CASE NO.: 23-12110**

**CHAPTER 13**

**Rita M. Lowry, Jr.,**
  **Debtor.**

_____/

### **REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF ABN AMRO MORTGAGE CORPORATION SERIES 2003-12 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                    Attorney for Secured Creditor
                                    130 Clinton Rd #202
                                    Fairfield, NJ 07004
                                    Telephone: 470-321-7112
                                    Facsimile: 404-393-1425

                                    By: /s/Robert Shearer
                                        Robert Shearer
                                        Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 13, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RITA M. LOWRY, JR.
530 DEER POINTE ROAD
WEST CHESTER, PA 19382

And via electronic mail to:

GARY E. THOMPSON
150 E. SWEDESFORD ROAD
1ST FLOOR
WAYNE, PA 19087

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/Robert Shearer
Robert Shearer
Email: rshearer@raslg.com