## MONTHLY FINANCIAL REPORT OF BUSINESS

Debtor Name: Rita M. Lowny
Case No.: 23-12110
Business Name: —
For the Month & Year: Feb., 2024

**Business Income:**
(1) Actual Income from Sales & Service $ 1,078
(2) Other $ —
(3) Other $ —
(4) Total Actual Income (Sum Lines 1-3) $ 1,078

Actual Business Expense Paid

(5) Rent/Lease $ —
(6) Utilities (Electricity, Gas, Water & Sewer) $ —
(7) Telephone $ —
(8) Insurance $ —
(9) Wages for Employees $ —
(10) Wages for Self/Owners $ —
(11) Taxes $ —
(12) Gas and Fuel for Business Vehicles $ —
(13) Other $ —
(14) Other $ —
(15) Other $ —
(16) **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** $ -0-

(17) Net Business Income/Loss (Line 4 Minus Line 16) $ 1,078
(18) Net Wages from Regular Employment-Debtor $ —
(19) Net Wages from Regular Employment-Spouse $ —
(20) Amount Carried over from Last Month $ (10,683)
(21) Net Monthly Income (Sum Lines 17-20) $ (9,605)

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

(22) Rent/Mortgage $ 4,213
(23) (Additional Periodic Rent – School Taxes) $ —
(24) Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) $ 884
(25) Telephone $ 1,867
(26) Food $ 305
(27) Other $ 271
(28) Household Expenses (maintenance & up-keep) $ 511
(29) Medical and Dental $ 307
(30) Life & Health Insurance $ 1,548
(31) Auto Insurance $ 296
(32) Other $ 1,095
(33) **Total Actual Personal Expenses Paid (Sum Lines 22-32)** $ 11,297
(34) **Gross Excess Income (Line 21 Minus Line 33)** $ (20,902)
(35) Monthly Chapter 13 Plan Payment $ 1,500
(36) **Net Excess Income (Line 34 Minus 35)** $ (22,402)

*Carry amount on Line 35 to next month Line 20*

**EXHIBIT D**

## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor Name: Rita M. Lowry
Case No.: 23-12110

I, Rita M. Lowry, being of full age and duly sworn upon my oath depose(s) and say(s):

1. I am the business debtor(s) in the above referenced matter.
2. I have completed and attached a Monthly Financial Report for the month of February, 2024.
3. All the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: 6/5/24

_____, Debtor

## MONTHLY FINANCIAL REPORT OF BUSINESS

Debtor Name: Rita M. Lowry
Case No.: 23-12110
Business Name: n/a
For the Month & Year: March, 2024

**Business Income:**
(1) Actual Income from Sales & Service — $ 2,693
(2) Other — $ —
(3) Other — $ —
(4) Total Actual Income (Sum Lines 1-3) — $ 2,693

Actual Business Expense Paid

(5) Rent/Lease — $ —
(6) Utilities (Electricity, Gas, Water & Sewer) — $ —
(7) Telephone — $ —
(8) Insurance — $ —
(9) Wages for Employees — $ —
(10) Wages for Self/Owners — $ —
(11) Taxes — $ —
(12) Gas and Fuel for Business Vehicles — $ —
(13) Other — $ —
(14) Other — $ —
(15) Other — $ —
(16) **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** — $ -0-

(17) Net Business Income/Loss (Line 4 Minus Line 16) — $ 2,693
(18) Net Wages from Regular Employment-Debtor — $ —
(19) Net Wages from Regular Employment-Spouse — $ —
(20) Amount Carried over from Last Month — $ (22,402)
(21) Net Monthly Income (Sum Lines 17-20) — $ (19,709)

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

(22) Rent/Mortgage — $ 4,213
(23) (Additional Periodic Rent – School Taxes) — $ —
(24) Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) — $ 864
(25) Telephone — $ 305
(26) Food — $ 1,619
(27) Other — $ 271
(28) Household Expenses (maintenance & up-keep) — $ 146
(29) Medical and Dental — $ 156
(30) Life & Health Insurance — $ 853
(31) Auto Insurance — $ 296
(32) Other — $ 978
(33) **Total Actual Personal Expenses Paid (Sum Lines 22-32)** — $ 9,701
(34) **Gross Excess Income (Line 21 Minus Line 33)** — $ (29,410)
(35) Monthly Chapter 13 Plan Payment — $ 1,500
(36) **Net Excess Income (Line 34 Minus 35)** — $ (30,910)

*Carry amount on Line 35 to next month Line 20*

**EXHIBIT D**

## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor Name: Rita M. Lowry
Case No.: 23-12110

I, __Rita M. Lowry__, being of full age and duly sworn upon my oath depose(s) and say(s):

1. I am the business debtor(s) in the above referenced matter.
2. I have completed and attached a Monthly Financial Report for the month of __March__, 20__24__.
3. All the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: 6/5/24

_____, Debtor

# MONTHLY FINANCIAL REPORT OF BUSINESS

Debtor Name: Aite M-Lowny
Case No.: 23-12110
Business Name: n/a
For the Month & Year: April, 2024

**Business Income:**
- (1) Actual Income from Sales & Service — $ 3,205
- (2) Other — $ —
- (3) Other — $ —
- (4) Total Actual Income (Sum Lines 1-3) — $ 3,205

Actual Business Expense Paid

- (5) Rent/Lease — $ —
- (6) Utilities (Electricity, Gas, Water & Sewer) — $ —
- (7) Telephone — $ —
- (8) Insurance — $ —
- (9) Wages for Employees — $ —
- (10) Wages for Self/Owners — $ —
- (11) Taxes — $ —
- (12) Gas and Fuel for Business Vehicles — $ —
- (13) Other — $ —
- (14) Other — $ —
- (15) Other — $ —
- (16) **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** — $ -0-

- (17) Net Business Income/Loss (Line 4 Minus Line 16) — $ 3,205
- (18) Net Wages from Regular Employment-Debtor — $ —
- (19) Net Wages from Regular Employment-Spouse — $ —
- (20) Amount Carried over from Last Month — $ (30,910)
- (21) Net Monthly Income (Sum Lines 17-20) — $ (27,705)

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

- (22) Rent/Mortgage — $ 4,213
- (23) (Additional Periodic Rent – School Taxes) — $ —
- (24) Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) — $ 761
- (25) Telephone — $ 303
- (26) Food — $ 1,927
- (27) Other — $ 272
- (28) Household Expenses (maintenance & up-keep) — $ 383
- (29) Medical and Dental — $ 336
- (30) Life & Health Insurance — $ 1,548
- (31) Auto Insurance — $ 296
- (32) Other — $ 1,117
- (33) **Total Actual Personal Expenses Paid (Sum Lines 22-32)** — $ 11,156
- (34) Gross Excess Income (Line 21 Minus Line 33) — $ (38,861)
- (35) Monthly Chapter 13 Plan Payment — $ 1,500
- (36) Net Excess Income (Line 34 Minus 35) — $ (40,361)

*Carry amount on Line 35 to next month Line 20*

**EXHIBIT D**

## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor Name: Rita M. Lowry
Case No.: 23-12110

I, Rita M. Lowry, being of full age and duly sworn upon my oath depose(s) and say(s):

1. I am the business debtor(s) in the above referenced matter.
2. I have completed and attached a Monthly Financial Report for the month of April, 2024.
3. All the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: 6/5/24

_____, Debtor