**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Rita M. Lowry, Jr.,<br>　　　　Debtor,<br><br>U.S. Bank Trust Company, National Association,<br>　　　　Movant,<br>　v.<br>Rita M. Lowry, Jr.,<br>　　　　Debtor/Respondent,<br><br>Kenneth E. West,<br>　　　　Trustee/Respondent. | Bankruptcy No. 23-12110-amc<br><br>Chapter 13<br><br>Related to Doc. No. 16 |

## PRAECIPE TO WITHDRAW

**PLEASE TAKE NOTICE THAT**, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee for the benefit of the Certificate holders of ABN AMRO Mortgage Corporation Series 2003-12, the undersigned hereby withdraws the following document:

**Docket Entry #16 U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee for the benefit of the Certificate holders of ABN AMRO Mortgage Corporation Series 2003-12 Objection to Confirmation of Debtor's Chapter 13 Plan, filed on August 15, 2023.**

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
　　　　　　　　　　　　　　　　By: /s/Michelle L. McGowan, Esq.
　　　　　　　　　　　　　　　　Michelle L. McGowan, Esq., Esquire
　　　　　　　　　　　　　　　　13010 Morris Rd., Suite 450
　　　　　　　　　　　　　　　　Alpharetta, GA 30004
　　　　　　　　　　　　　　　　Phone: (470) 321-7112
　　　　　　　　　　　　　　　　Fax: (404) 393-1425
　　　　　　　　　　　　　　　　Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Rita M. Lowry, Jr.,<br>    Debtor,<br><br>U.S. Bank Trust Company, National Association,<br>    Movant,<br>  v.<br>Rita M. Lowry, Jr.,<br>    Debtor/Respondent,<br><br>Kenneth E. West,<br>    Trustee/Respondent. | Bankruptcy No. 23-12110-amc<br><br>Chapter 13<br><br>Related to Doc. No. 16 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>July 9, 2024</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Gary E. Thompson
150 E. Swedesford Road
1st Floor
Wayne, PA 19087

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Rita M. Lowry, Jr.
530 Deer Pointe Road
West Chester, PA 19382

                      Respectfully Submitted,

                      **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                      By: /s/Michelle L. McGowan, Esq.
                      Michelle L. McGowan, Esq., Esquire
                      13010 Morris Rd., Suite 450
                      Alpharetta, GA 30004
                      Phone: (470) 321-7112
                      Fax: (404) 393-1425
                      Email: mimcgowan@raslg.com