## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: RITA M. LOWRY, JR  :  Chapter 13
: 
: 
: 
: 
Debtor  :  Bankruptcy No. 23-12110 AMC

### Order Dismissing Chapter13 Case

**AND NOW,** this _____day of _____ 2024, upon consideration of the Chapter13 standing trustee's Motion to Dismiss and after notice and hearing it is

**ORDERED**, the case is dismissed with a Bar. Debtor shall be prohibited from filing any subsequent bankruptcy case pursuant to the terms of the Consent Order entered or March 20, 2024.

BY THE COURT

_____
**CHIEF ASHELY M. CHAN**
**BANKRUPTCY JUDGE**

**Debtor**:
**Rita M. Lowry, Jr.**
530 Deer Pointe Road
West Chester, PA 19382

**Debtor's Counsel**:
**GARY E. THOMPSON**
150 E. Swedesford Road
1st Floor
Wayne, PA 19087

**KENNETH E. WEST, ESQUIRE**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107