United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Rita M. Lowry, Jr.  
    Debtor

Case No. 23-12110-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 18, 2024      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rita M. Lowry, Jr., 530 Deer Pointe Road, West Chester, PA 19382-8547 |
| 14806065 | + | Brad G. Kubisiak, Deputy Attorney General, Commonwealth of Pennsylvania, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14799540 | + | Chester County Hospital, POB 2701, West Chester, PA 19380-0944 |
| 14806266 | + | Commonwealth of Pennsylvania, c/o Brad G. Kubisiak, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14799544 | + | Pa Dept Of Revenue, POB 280703, Harrisburg, PA 17128-0703 |
| 14802207 | + | U.S. Bank Trust Company, NA, c/o Mark A. Cronin, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14799546 | + | US Dept Of Education, POB 5202, Greenville, TX 75403-5202 |
| 14799547 | + | WaWA, pob 9001101, Louisville, KY 40290-1101 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2024 00:00:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14799537 | + | Email/Text: bankruptcy@bbandt.com | Jul 19 2024 00:00:00 | BB&T, POB 580044, Charlotte, NC 28258-0044 |
| 14799541 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2024 00:20:59 | Exxonmobil, Processing Center, Des Moines, IA 50361 |
| 14807627 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2024 00:06:35 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14799538 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 00:20:58 | Care Credit, POB 960061, Orlando, FL 32896-0061 |
| 14799542 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 19 2024 00:00:00 | IRS, Philadelphia, PA 19255 |
| 14799539 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2024 00:20:45 | Chase Cardmember, POB 15153, Wilmington, DE 19886 |
| 14806513 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2024 00:06:36 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14806039 | | Email/Text: amps@manleydeas.com | Jul 18 2024 23:59:00 | JPMorgan Chase Bank, N.A., c/o Alyk L. Oflazian, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14799543 | + | Email/PDF: pa_dc_claims@navient.com | Jul 19 2024 00:05:27 | Navient Solutions, NY Higher Education Services, 220 Lasley Avenue, Wilkes-Barre, PA 18706-1430 |

Case 23-12110-amc   Doc 54   Filed 07/20/24   Entered 07/21/24 00:35:06   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14800780 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2024 00:00:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14817562 | + | Email/Text: bankruptcy@bbandt.com | Jul 19 2024 00:00:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14818055 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 19 2024 00:00:00 | U.S. Bank Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14802384 | ^ | MEBN | Jul 18 2024 23:58:09 | U.S. Bank Trust Company, National Association, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14804075 | + | Email/Text: RASEBN@raslg.com | Jul 18 2024 23:59:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14897433 | + | Email/Text: RASEBN@raslg.com | Jul 18 2024 23:59:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, c/o Robert Shearer, 130 Clinton RD #202, Fairfield, NJ 07004-2927 |
| 14799545 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 19 2024 00:00:00 | US Bank, POB 790408, St Louis, MO 63179 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| cr | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14897220 | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2024         Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue bkubisiak@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | |

Case 23-12110-amc    Doc 54    Filed 07/20/24    Entered 07/21/24 00:35:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 27 |

on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee for the benefit of the Certificateholders of ABN AMRO Mortgage Corpora bkgroup@kmllawgroup.com

GARY E. THOMPSON
    on behalf of Debtor Rita M. Lowry Jr. get24esq@aol.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee for the benefit of the Certificate holders of ABN AMRO Mortgage Corpor mimcgowan@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor U.S. Bank Trust Company National Association rshearer@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: RITA M. LOWRY, JR          :    Chapter 13
                                  :
                                  :
                                  :
                                  :
             Debtor               :    Bankruptcy No. 23-12110 AMC

### Order Dismissing Chapter13 Case

AND NOW, this ___18th___ day of ___July___ 2024, upon consideration of the Chapter13 standing trustee's Motion to Dismiss and after notice and hearing it is

**ORDERED**, the case is dismissed with a Bar. Debtor shall be prohibited from filing any subsequent bankruptcy case pursuant to the terms of the Consent Order entered or March 20, 2024.

BY THE COURT

_____
CHIEF ASHELY M. CHAN
BANKRUPTCY JUDGE


**Debtor**:
**Rita M. Lowry, Jr.**
530 Deer Pointe Road
West Chester, PA 19382

**Debtor's Counsel**:
**GARY E. THOMPSON**
150 E. Swedesford Road
1st Floor
Wayne, PA 19087

**KENNETH E. WEST, ESQUIRE**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107